JS-6

**WILLIAMS & SEEMEN, APLC.**
**A**NTOINE **D**. **W**ILLIAMS (SBN: 255716)
**B**ART **A**. **S**EEMEN (SBN: 261895)
16255 VENTURA BLVD. SUITE 1106
ENCINO, CALIFORNIA 91436
Phone: (818) 898-3300 | Fax: (818)574-3006

Attorneys for Plaintiff, Donovan Juarez

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN JUAREZ, an individual, <br><br> PLAINTIFF, <br><br> v. <br><br> ELDRIDGE ELECTRIC & SON, INC., a corporation; LOCAL UNION 477 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRIC WORKERS, a non-profit labor union; SHAWN KILGORE, an individual; and DOES 1-50, inclusive <br><br> Defendants. | CASE NO.: 5:24-cv-01734-JGB-SHK <br><br> **ORDER GRANTING REQUEST TO REMAND THE CASE TO STATE COURT AND VACATE ALL FUTURE DEADLINES** |

    IT IS HEREBY ORDERED for the reasons set forth in the parties' stipulation, that this matter be remanded to the Superior Court of California, County of San Bernardino and that all future deadlines, including the Parties' deadline to provide

initial disclosures, to confer on a discovery plan, and to file a Joint Report 26(f) Report, should be vacated.

Dated: November 21, 2024

_____
Jesus G. Bernal
UNITED STATES DISTRICT JUDGE